IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY RIVERA and | ) |
| JAMIE RIVERA, | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   Case No.  14-CV-1082-HE |
| | ) |
| HARTFORD INSURANCE COMPANY | ) |
| OF THE MIDWEST a/k/a THE | ) |
| HARTFORD | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFFS' EXPERT WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Gregory Rivera and Jamie Rivera, file this Expert Witness List in accordance with the Federal Rules of Civil Procedure and pursuant to the Court's Scheduling Order. Plaintiffs also submit this instrument as a supplement to any Rule 26 disclosures.

**I.     RETAINED EXPERTS.**

   **1. Donnie Seburg**
      **Vertex Roofing and Construction**
      **2104 Wheaton Dr.**
      **Norman, Oklahoma 73070**
      **Phone: (405) 241-5238**

Mr. Seburg is expected to testify regarding his inspection of the property, the cost to restore the property to its pre-loss condition, and the necessary code requirements to make such repairs.  Mr. Seburg's testimony is expected to be consistent with his report attached. Discovery is ongoing and Mr. Seburg's report may be supplemented as facts

become available.   A copy of Mr. Seburg's Curriculum Vita is attached hereto. Mr. Seburg may offer rebuttal testimony.

The further substance of Mr. Seburg's mental impressions and opinions, and the basis and methodology for them, may be further discovered through deposition testimony. In addition, Plaintiff anticipates that in deposition and/or trial, Mr. Seburg will testify as to his education, training and experience, which makes him an expert with regard to the matters for which he is designated and the methodology he relies upon to render such opinions. As such, Mr. Seburg's anticipated deposition and trial testimony are incorporated into this expert designation by reference.   Mr. Seburg may also offer rebuttal testimony at trial, if necessary.

**2.   Eduard C. Badiu, P.E.**
   **7450 Griffin Road, Suite 140**
   **Fort Lauderdale, FL 33314**
   **Phone: (954) 581-7115**

Mr. Badiu is a professional engineer who will testify regarding the cause and origin of the damages and code related issues in regards to Plaintiffs' insured property. Mr. Badiu will also provide testimony regarding the condition of the current roofing system. Mr. Badiu's testimony is expected to be consistent with his report attached. Discovery is ongoing and Mr. Badiu's report may be supplemented as facts become available.   A copy of Mr. Badiu's Curriculum Vita is attached hereto. Mr. Badiu may offer rebuttal testimony, if necessary.

The further substance of Mr. Badiu's mental impressions and opinions, and the basis and methodology for them, may be further discovered through deposition

testimony. In addition, Plaintiffs anticipate that in deposition and/or trial, Mr. Badiu will testify as to his education, training and experience, which makes him an expert with regard to the matters for which he is designated and the methodology he relies upon to render such opinions. As such, Mr. Badiu's anticipated deposition and trial testimony are incorporated into this expert designation by reference.

## II.   NON-RETAINED EXPERTS

3.  **Cal Spoon**
    **InsuranceBusters.net**
    **902 51st St.**
    **Galveston, Texas 77551**

Mr. Spoon is expected to testify regarding the damages to Plaintiffs' property as well as the cost to repair the damages.  Mr. Spoon is a public insurance adjuster in Texas and Oklahoma.  Mr. Spoon's estimate has previously been produced and can be produced again upon request.  As a licensed public insurance adjuster, Mr. Spoon may offer testimony regarding the industry standards for proper claims handling.

Respectfully submitted,

/s/ *Larry E. Bache*

Larry E. Bache, Esq.
FL State Bar No: 91304
Merlin Law Group
777 S. Harbour Blvd, 9th Floor
Tampa, FL 33602
Phone: 813-229-1000
Fax: 813-229-3692
lbache@merlinlawgroup.com

-and-

J. Drew Houghon, OBA # 18080
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189
Phone: 405-232-8080
Fax: 405-601-1103
dhoughton@fosheeyaffe.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and/or in accordance with the Federal Rules of Civil Procedure:

Jodi W. Dishman, Esq.
Andrew J. Morris, Esq.
McAfee & Taft A Professional Corporation
211 North Robinson - 10th Floor
Oklahoma City, Oklahoma 73102
Telephone: 405-235-9621
Facsimile: 405-235-0439
Email: jodi.dishman@mcafeetaft.com
        Andrew.morris@mcafeetaft.com
*Attorneys for Defendant*

/s/ *Larry E. Bache*
Larry E. Bache, Esq.