IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY RIVERA and JAMIE RIVERA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 14-CV-1082-HE ) |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST a/k/a THE HARTFORD, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Gregory Rivera and Jamie Rivera hereby stipulate with Defendant Hartford Insurance Company of the Midwest that Plaintiffs' remaining claim in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 16th day of September, 2015.

Respectfully submitted,

*s/ J. Drew Houghton*
J. Drew Houghton, OBA # 18080
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
Phone: (405) 232-8080
Fax: (405) 601-1103
dhoughton@fosheeyaffe.com

*and*

Larry E. Bache, FL State Bar No. 91304
MERLIN LAW GROUP
777 S. Harbour Blvd., 9th Floor
Tampa, FL 33602
Phone: (813) 229-1000
Fax: (813) 229-3692
lbache@merlinlawgroup.com

*and*

Phillip N. Sanov, TX State Bar No. 17635959
MERLIN LAW GROUP
Three Riverway, Ste. 701
Houston, TX 77056
Phone: (713) 626-8880
Fax: (713) 626-8881
psanov@merlinlawgroup.com

ATTORNEYS FOR PLAINTIFF


*s/Andrew J. Morris*
*(electronically signed by Mr. Houghton with Mr. Morris' approval)*
Jodi W. Dishman, OBA # 20677
Andrew J. Morris, OBA # 31658
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
E-mail:    jodi.dishman@mcafeetaft.com
           andrew.morris@mcafeetaft.com

ATTORNEYS FOR DEFENDANT
HARTFORD INSURANCE COMPANY OF
THE MIDWEST